UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SARAH LONGINO,

                Plaintiff(s)

v.

SUN LIFE ASSUR. CO. OF CANADA

                Defendant(s)

CASE No C 4:23-cv-1068 HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation with Scott T. Maker, WoodworthMaker LLC

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: 06/06/23          /s/ Brian H. Kim
                                   Attorney for Plaintiff

Date: 06/06/23          /s/ Sean P. Nalty
                                   Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 6/6/2023              *Haywood S. Gilliam Jr.*
                                   U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019