UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LONGINO,<br><br>        Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>        Defendant. | Case No. 23-cv-01068-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on June 13, 2023. Having considered the parties' proposals, *see* Dkt. No. 14, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 31, 2023 |
| Close of Fact Discovery | September 29, 2023 |
| Rule 52 Motions Due | September 29, 2023 |
| Opposition Briefs Due | October 12, 2023 |
| Bench Trial (half-day) | November 3, 2023, at 10:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 6/14/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge