Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave #517
Berkeley, CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LONGINO, | Case No.: 4:23-cv-1068 HSG |
| Plaintiff, | **REVISED STIPULATION REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendants. | |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff SARAH LONGINO and Defendant SUN LIFE ASSURANCE COMPANY OF CANADA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), et seq. of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: September 22, 2023

                                                BOLT KEENLEY KIM LLP

                                                By: /s/ Brian H. Kim
                                                    Brian H. Kim
                                                    Attorneys for Plaintiff

Dated: September 22, 2023

                                                OGLETREE, DEAKINS, NASH, SMOAK
                                                & STEWART, P.C.

                                                By: /s/ Sean P. Nalty
                                                    Sean P. Nalty
                                                    Attorneys for Defendant

### [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 4:23-cv-1068 HSG, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated: 9/22/2023

                                                Hon. Haywood S. Gilliam, Jr.
                                                United States District Judge